FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 05 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01443-BNB

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

LIEUTENANT HACHEY,
LIEUTENANT TITEMAN,
LIEUTENANT TRAVIS,
CAPTAIN H. HUERTAS,
SERGEANT WAGNER,
SERGEANT LANGDEN,
SERGEANT KELEMAN,
SERGEANT D. MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT FRETWELL,
C/O FOWLER,
C/O WITZ,
C/O CALDARONELLO,
C/O ALANIS,
C/O KITCHEN, and
DOCTOR J. WRIGHT,

    Defendants.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Christine M. Arguello and to Magistrate Judge Kristen L. Mix. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED at Denver, Colorado, this 5th day of July, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01443-BNB

Jose Medina Escobar
Prisoner No. 48895
Centennial Correctional Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 5, 2011.

                                          GREGORY C. LANGHAM, CLERK

                                  By:_____
                                                   Deputy Clerk