IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01443-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,
v.

LIEUTENANT HACHEY,
LIEUTENANT TITEMAN,
LIEUTENANT TRAVIS,
CAPTAIN H. HUERTAS,
SERGEANT WAGNER,
SERGEANT LANGDEN,
SERGEANT KELEMAN,
SERGEANT D. MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT FRETWELL,
C/O FOWLER,
C/O WITZ,
C/O CALDARONELLO,
C/O ALANIS,
C/O KITCHEN, and
DOCTOR J. WRIGHT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2011

GREGORY C. LANGHAM
              CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon Defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED:  July __08__, 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01443-CMA-KLM

Jose M. Escobar
Prisoner No. 48895
Centennial Correctional Facility
PO Box 600 - #B-106
Cañon City, CO 81215- 0600

Lt. Hachey, Lt. Titeman, Lt. Travis, Captain H. Huertas,
Sgt. Wagner, Sgt. Langden, Sgt. Keleman,
Sgt. D. Marquez, Sgt. Montgomery, Sgt. Fretwell,
C/O Fowler, C/O Witz, C/O Caldaronello,
C/O Alanis, C/O Kitchen, Dr. J. Wright - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Lt. Hachey, Lt. Titeman, Lt. Travis, Captain H. Huertas, Sgt. Wagner, Sgt. Langden, Sgt. Keleman, Sgt. D. Marquez, Sgt. Montgomery, Sgt. Fretwell, C/O Fowler, C/O Witz, C/O Caldaronello, C/O Alanis, C/O Kitchen, Dr. J. Wright: COMPLAINT FILED 06/02/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on July 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk