**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01443-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

LIEUTENANT HACHEY,
LIEUTENANT TITEMAN,
LIEUTENANT TRAVIS,
CAPTAIN H. HUERTAS,
SERGEANT WAGNER,
SERGEANT LANGDEN,
SERGEANT KELEMAN,
SERGEANT D. MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT FRETWELL,
C/O FOWLER,
C/O WITZ,
C/O CALDARONELLO,
C/O ALANIS,
C/O KITCHEN, and
DOCTOR J. WRIGHT,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Plaintiff's Dismissal of Action (Doc. # 13), it is

ORDERED that this matter is hereby DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado, this  18th  day of July, 2011.

        BY THE COURT:

        *Christine M Arguello*
        _____
        CHRISTINE M. ARGUELLO
        United States District Court Judge